IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Gerald Lewis,

       Plaintiff(s),

vs.

Larry, et al.,

       Defendant(s).

Case Number: 1:14cv820

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on January 9, 2015 (Doc. 7), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired January 26, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff has failed to comply with the two separate Orders instructing him to tender a properly completed summons form.  Plaintiff further failed to comply with the December 5, 2014 order instructing him to "show cause" for such failure.  Therefore, it is **ORDERED** that plaintiff's complaint is **DISMISSED** for failure to prosecute.

IT IS SO ORDERED.

       s/Susan J. Dlott
       Judge Susan J. Dlott
       United States District Court